*R. D. Sisk, G. B. Rush,* and *J. C. Edwards & Sons,* contra.

---

LOUISVILLE & NASHVILLE RAILROAD COMPANY *v.* PATTERSON.

PER CURIAM. 1. The portions of the charge complained of do not constitute reversible error for any of the reasons assigned in the 'grounds of the motion for a new trial.

2. The evidence supported the verdict, and there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
FEBRUARY 12, 1915.

Action for damages. Before Judge Patterson. Fannin superior court. December 5, 1913.

*D. W. Blair, William Butt, C. H. Griffin,* and *Tye, Peeples & Jordan,* for plaintiff in error.